[No. 12136-4-III.   Division Three.   November 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
CHENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01363-8, Michael W. Leavitt, J., entered December 20, 1991. *Affirmed* by unpublished opinion per

Munson, J., concurred in by Sweeney, A.C.J., and Shields, J. Pro Tem.